

# Fourth Court of Appeals
## San Antonio, Texas

February 17, 2017

No. 04-16-00042-CV

Nancy **WEBB**, Peggy Whipple and Sharon Bramblett,
Appellants

v.

Arturo **MARTINEZ**, Jr.,
Appellee

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 13-08-00186-CVL
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

The court has considered the appellants' amended motion for reconsideration en banc, and the motion is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of February, 2017.

_____
Keith E. Hottle
Clerk of Court